# United States District Court

## FOR THE DISTRICT OF COLUMBIA

Edward J Armbruster III,

v.

United States

**SUMMONS IN A CIVIL CASE**

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

CASE NUMBER  1:05CV02375

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 12/9/2005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Edward J Armbruster III,
5729 Lebanon Dr. Suite 144, PMB #203,
Frisco, TX 75034,
469-252-1319

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
Court Clerk

DEC 09 2005
Date

by _____
Deputy Clerk

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005-1160-0002-6158-3931 ,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.57 .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____
Edward J Armbruster III

_____
January 30, 2006
Date



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0002 6158 3931
Detailed Results:

- Delivered, December 27, 2005, 3:44 am, WASHINGTON, DC 20530
- Notice Left, December 27, 2005, 2:53 am, WASHINGTON, DC 20530
- Arrival at Unit, December 27, 2005, 2:47 am, WASHINGTON, DC 20022
- Acceptance, December 19, 2005, 4:03 pm, FRISCO, TX 75034

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

# United States District Court

FOR THE DISTRICT OF COLUMBIA

**Edward J Armbruster III,**

v.

**United States**

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

## SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02375

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 12/9/2005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Edward J Armbruster III,
5729 Lebanon Dr. Suite 144, PMB #203,
Frisco, TX 75034,
469-252-1319

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
　Court Clerk

by _M. [signature]_
　　Deputy Clerk

**DEC 0 9 2005**
　　　Date

Page 1

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested (copy attached)

Certified mail # 7005-1160-0002-6158-3900

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.57.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Edward J. Armbruster III_      _January 30, 2006_
Edward J Armbruster III                 Date

USPS - Track & Confirm                                          Page 1 of 1



Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0002 6158 3900
Detailed Results:

- Delivered, December 27, 2005, 3:44 am, WASHINGTON, DC 20530
- Notice Left, December 27, 2005, 2:53 am, WASHINGTON, DC 20530
- Arrival at Unit, December 27, 2005, 2:47 am, WASHINGTON, DC 20022
- Acceptance, December 19, 2005, 4:04 pm, FRISCO, TX 75034

(< Back)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Civil Process Clerk
Kenneth L. Wainstein
United State Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do            1/25/2006