# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Edward J Armbruster III,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05cv02375** *PLF*

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on December 9, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on December 27, 2005.

4. The record shows that the defendants' answer was due on February 27, 2006

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that defendant has not answered the aforementioned complaint nor has defendant defended in this matter whatsoever.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to defend in this matter plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated *March 9*, 2006

*Edward J. Armbruster III* (signature)

Edward J Armbruster III
5729 Lebanon Dr. Suite 144, PMB #203
Frisco, TX 75034

---

Edward J Armbruster III v. United States.        page 1 of 3 pages        Request for Entry of Default

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his address of record.

Dated _____March 9_____, 2006

_____Edward J. Armbruster III_____
Edward J Armbruster III