IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. ARMBRUSTER, III, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-02375 (PLF) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: April 3, 2006.

                                                            Respectfully submitted,

                                                            /s/ Beatriz T. Saiz
                                                            BEATRIZ T. SAIZ
                                                            Trial Attorney, Tax Division
                                                            U.S. Department of Justice
                                                            P.O. Box 227
                                                            Ben Franklin Station
                                                            Washington, DC 20044
                                                           Phone/Fax: (202) 307-6585/514-6866
                                                           Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Edward J. Armbruster III
>5729 Lebanon Dr, Suite 144, PMB #203
>Frisco, TX 75034

>  /s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ