IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. ARMBRUSTER, III, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-02375 (PLF) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. | |

**MOTION TO VACATE ENTRY OF DEFAULT**

DEFENDANT, the United States of America, by and through its attorneys and pursuant to Fed. R. Civ. P. 55(c), moves for relief from the default entered by the Clerk in this case on March 13, 2006.

As grounds for this motion, the United States asserts that the default was improvidently entered because, prior to requesting entry of default, plaintiff failed to properly serve the United States, and plaintiff failed to exhaust his administrative remedies.

Attached is a memorandum in support of this motion, and a motion to dismiss in lieu of the verified complaint required by Local Rule 7(g).

The specific relief sought by this motion is vacation of the default entered on March 13, 2006.

Date: April 3, 2006.

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone: (202) 307-6585

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

Case 1:05-cv-02375-PLF   Document 7   Filed 04/03/2006   Page 3 of 3