IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD J. ARMBRUSTER, III, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-02375 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO VACATE ENTRY OF DEFAULT, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Edward J. Armbruster III
>5729 Lebanon Dr, Suite 144, PMB #203
>Frisco, TX 75034

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ