UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
EDWARD J. ARMBRUSTER, III,        )
                                                )
            Plaintiff,                       )
                                                )
      v.                                      )          Civil Action No. 05-2375   (PLF)
                                                )
UNITED STATES OF AMERICA,        )
                                                )
            Defendant.                    )
_____)

ORDER

        This matter is before the Court on defendant's motion to dismiss.  Plaintiff is

proceeding *pro se* in this matter.  In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court

of Appeals held that a district court must take pains to advise a *pro se* party of the consequences

of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that

the failure to respond . . . may result in the district court granting the motion and dismissing the

case."  Id. at 509.

        Accordingly, the Court wishes to advise plaintiff that he must respond to

defendant's motion to dismiss by April 21, 2006.  If plaintiff does not respond, the Court will

treat the motion as conceded and dismiss the complaint.

        SO ORDERED.


                                                /s/_____
                                                PAUL L. FRIEDMAN
                                                United States District Judge

DATE: April 7, 2006