IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. ARMBRUSTER, III ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-02375 (PLF) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through undersigned counsel, hereby moves the Court for an Order granting the United States additional time to file a reply to the plaintiff's opposition to the United States' motion to dismiss. A reply is due to be filed on April 21, 2006. The United States requests a ten (10) day extension of time to file its reply, which term shall expire on May 1, 2006.

The additional time is requested since counsel for the United States is awaiting information from the Internal Revenue Service regarding plaintiff's argument in his opposition that the regulations of the Internal Revenue Service are invalid. Counsel for the United States has been unable to confer with plaintiff *pro se* – as he failed to provide a telephone number – to ascertain whether he opposes this motion.

WHEREFORE, the United States respectfully requests that the Court grant the motion for an extension of time and allow the reply to be filed on or before May 1, 2006.

1660400.1

DATE: April 20, 2006

                                                Respectfully submitted,

                                                /s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney