IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD J. ARMBRUSTER, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05-cv-02375 (PLF) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

\_\_\_\_\_Having considered the UNITED STATES' MOTION FOR AN EXTENSION OF TIME, and any response thereto, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that the United States file its reply to plaintiff's opposition to the motion to dismiss on or before May 1, 2006; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this \_\_\_\_ day of _____ 2006.

_____UNITED STATES DISTRICT JUDGE

1660842.1

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

EDWARD J. ARMBRUSTER, III
5729 Lebanon Dr, suite 144, PMB #203
Frisco, TX 75034