IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD J. ARMBRUSTER, III, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-02375 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR AN EXTENSION OF TIME and proposed ORDER were served upon the following individual(s) on April 20th, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Edward J. Armbruster III
        5729 Lebanon Dr, Suite 144, PMB #203
        Frisco, TX 75034

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ