UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDWARD J. ARMBRUSTER, III, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2375   (PLF) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion [8] to dismiss for insufficient service of process is DENIED; it is

FURTHER ORDERED that defendant's motion [8] to dismiss the plaintiff's claim for compensatory damages for failure to state a claim upon which relief can be granted is GRANTED; it is

FURTHER ORDERED that defendant's motion [8] to dismiss the plaintiff's claims for punitive damages, a declaratory judgment, an injunction, and a tax refund for lack of subject matter jurisdiction is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). All other pending motions are denied as moot.

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 17, 2006